IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RODERICK RAGSDALE,

    Plaintiff,

v.                                                        Civil Action No. **3:07CV633**

LOUIS BARLOW, *et al.*,

    Defendants.

## MEMORANDUM OPINION

    By Memorandum Order entered on October 26, 2007, the Court conditionally docketed Plaintiff's action. On November 5, 2007, the October 26, 2007 Memorandum Order was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER" and "NOT DELIVERABLE AS ADDRESSED." Thereafter, the Court again attempted to mail the Memorandum Order to Plaintiff and it was again returned to the Court by the United States Postal Service. Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall issue.

Date: FEB - 4 2008
Richmond, Virginia

                                                         /s/
                                       Richard L. Williams
                                       **United States District Judge**